United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Betty S. Taylor
Debtor

Case No. 16-11631-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Antoinett Page 1 of 1 Date Rcvd: Oct 05, 2018
Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
db +Betty S. Taylor, 5605 W. Berks Street, Philadelphia, PA 19131-3120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:

DAVID NEEREN on behalf of Creditor PNC Bank, National Association dneeren@udren.com, vbarber@udren.com
DAVID NEEREN on behalf of Creditor PNC Bank, N.A. dneeren@udren.com, vbarber@udren.com
KEVIN G. MCDONALD on behalf of Creditor PNC Bank, N.A. bkgroup@kmllawgroup.com
KEVIN G. MCDONALD on behalf of Creditor PNC Bank, National Association bkgroup@kmllawgroup.com
MICHAEL A. CATALDO2 on behalf of Debtor Betty S. Taylor ecf@ccpclaw.com, igotnotices@ccpclaw.com
MICHAEL A. CIBIK2 on behalf of Debtor Betty S. Taylor ecf@ccpclaw.com, igotnotices@ccpclaw.com
POLLY A. LANGDON on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
United States Trustee USTPRegion03.PH.ECF@usdoj.gov
WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
WILLIAM EDWARD CRAIG on behalf of Creditor Wells Fargo Bank, N.A., dba Wells Fargo Dealer Services, Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Betty S. Taylor<br>Debtor | CHAPTER 13 |
| PNC Bank, N.A.<br>Movant<br>vs. | NO. 16-11631 JKF |
| Betty S. Taylor<br>Debtor | |
| William Miller*R<br>Trustee | 11 U.S.C. Section 362 |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,663.35**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | July 2018 through September 2018 at $953.19/month |
| Suspense Balance: | $227.22 |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$3,663.35** |

2. The Debtor shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, the Debtor shall make a down payment in the amount of $962.63;

b). Beginning on October 1, 2018 and continuing through March 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$953.19** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$450.12** towards the arrearages on or before the last day of each month at the address below;

PNC Bank
3232 Newmark Drive
Miamisburg, OH 45342

c). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 24, 2018

By: /s/ Kevin G. McDonald, Esquire
Attorney for Movant

Date: 9/28/18

Michael A. Cataldo, Esquire
Attorney for Debtor

Betty Taylor

Date: 10/03/2018

/s/ Polly A. Langdon, Esquire for
William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this 5th day of October, 2018. However, the court retains discretion regarding entry of any further order.

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**