**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                   :         CHAPTER 13

Betty S. Taylor


        DEBTOR                           :         BKY. NO.  16-11631JKF13


**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**


    1.   That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the

MOTION TO MODIFY AFTER CONFIRMATION   was served to all interested parties via Electronic

Means or Via Regular Mail.

    2.       That as of the date hereof, no answer, objection, or request for a Hearing has

been filed with the Clerk's Office or served on the undersigned.

        WHEREFORE, the undersigned respectfully requests an Order be entered.


                        Respectfully submitted,


DATE:  November 26, 2018            _____/s/_____
                        MICHAEL A. CATALDO
                        CIBIK & CATALDO, P.C.
                        1500 WALNUT STREET, STE. 900
                        PHILADELPHIA, PA 19102
                        (215) 735-1060