Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 16-11631-AMC**

BETTY S. TAYLOR  
5605 W. BERKS STREET  
PHILADELPHIA  PA    19131

Petition Filed Date: 03/10/2016  
341 Hearing Date: 05/20/2016  
Confirmation Date: 09/28/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $880.00 | | 03/11/2019 | $880.00 | | 06/17/2019 | $2,640.00 | |
| 09/23/2019 | $1,260.00 | | 11/04/2019 | $2,300.00 | 6301773000 | 01/13/2020 | $440.00 | 6472196000 |
| 01/27/2020 | $440.00 | 6472197000 | 01/27/2020 | $2,000.00 | 6505464000 | 02/03/2020 | $600.00 | 6526572000 |
| 02/24/2020 | $440.00 | 6472199000 | 03/23/2020 | $440.00 | 6472201000 | 04/20/2020 | $440.00 | 6472203000 |
| 05/04/2020 | $440.00 | 6472204000 | | | | | | |

**Total Receipts for the Period: $13,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,272.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $807.17 | $0.00 | $807.17 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $1,964.14 | $0.00 | $1,964.14 |
| 13 | BECKET & LEE, LLP<br>»» 013 | Unsecured Creditors | $286.56 | $0.00 | $286.56 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $274.18 | $0.00 | $274.18 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $480.15 | $0.00 | $480.15 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $813.62 | $0.00 | $813.62 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $717.93 | $0.00 | $717.93 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $718.64 | $513.81 | $204.83 |
| 15 | PNC BANK NA<br>»» 015 | Mortgage Arrears | $9,202.87 | $6,689.55 | $2,513.32 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,241.74 | $0.00 | $1,241.74 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $595.86 | $0.00 | $595.86 |
| 6 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $22,941.64 | $0.00 | $22,941.64 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $67,897.96 | $0.00 | $67,897.96 |
| 8 | US DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $55,290.72 | $0.00 | $55,290.72 |

**Chapter 13 Case No. 16-11631-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 2 | WELLS FARGO DEALER SERVICES<br>»» 002 | Secured Creditors | $25,616.40 | $19,234.79 | $6,381.61 |
| 11 | CIBIK & CATALDO PC<br>»» 011 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,272.00 | Current Monthly Payment: | $880.00 |
| Paid to Claims: | $29,438.15 | Arrearages: | $4,400.00 |
| Paid to Trustee: | $2,825.30 | Total Plan Base: | $42,832.00 |
| Funds on Hand: | $8.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.