| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-11631-AMC

BETTY S. TAYLOR
5605 W. BERKS STREET
PHILADELPHIA  PA    19131

Petition Filed Date: 03/10/2016
341 Hearing Date: 05/20/2016
Confirmation Date: 09/28/2016

Case Status: Completed on 3/10/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $440.00 | 6472196000 | 01/27/2020 | $440.00 | 6472197000 | 01/27/2020 | $2,000.00 | 6505464000 |
| 02/03/2020 | $600.00 | 6526572000 | 02/24/2020 | $440.00 | 6472199000 | 03/23/2020 | $440.00 | 6472201000 |
| 04/20/2020 | $440.00 | 6472203000 | 05/04/2020 | $440.00 | 6472204000 | 08/13/2020 | $3,100.00 | 7009328000 |
| 11/30/2020 | $3,940.00 | 7263784000 | 03/10/2021 | $3,520.00 | 7514429000 | | | |

**Total Receipts for the Period: $15,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,832.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $807.17 | $3.35 | $803.82 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $1,964.14 | $8.16 | $1,955.98 |
| 13 | BECKET & LEE, LLP »» 013 | Unsecured Creditors | $286.56 | $1.19 | $285.37 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $274.18 | $1.14 | $273.04 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $480.15 | $1.99 | $478.16 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 003 | Unsecured Creditors | $813.62 | $3.38 | $810.24 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $717.93 | $2.98 | $714.95 |
| 16 | CITY OF PHILADELPHIA (LD) »» 016 | Secured Creditors | $718.64 | $718.64 | $0.00 |
| 15 | PNC BANK NA »» 015 | Mortgage Arrears | $9,202.87 | $9,202.87 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $1,241.74 | $5.16 | $1,236.58 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $595.86 | $2.47 | $593.39 |
| 6 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $22,941.64 | $95.26 | $22,846.38 |
| 7 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $67,897.96 | $281.93 | $67,616.03 |
| 8 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $55,290.72 | $229.58 | $55,061.14 |
| 2 | WELLS FARGO DEALER SERVICES »» 002 | Secured Creditors | $25,616.40 | $25,616.40 | $0.00 |

| 11 | CIBIK & CATALDO PC<br>»» 011 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,832.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $39,174.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,657.50 | Total Plan Base: | $42,832.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.