United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 16-11631-amc

Betty S. Taylor                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                               Page 1 of 3

Date Rcvd: Jul 30, 2021                           Form ID: 138NEW                                    Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Betty S. Taylor, 5605 W. Berks Street, Philadelphia, PA 19131-3120 |
| cr | + | Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser, 1451 Thomas Langston Road, Winterville, NC 28590-8872 |
| 13688343 | + | AR Resources Inc, Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 13688342 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 13688344 | + | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13771874 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13688354 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13688355 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13688358 | + | National City Mortgage/PNC Mtg, Attn: Bankruptcy Department, 3232 Newmark Dr., Miamisburg, OH 45342-5433 |
| 13688359 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13697141 | | PNC Bank, N.A., c/o David Neeren, Esq., Udren Law Offices P.C., Woodcrest Corp. Ctr., 111 Woodcrest Rd., Ste. 200 Cherry Hill, NJ 08003-3620 |
| 13688364 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 13741950 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 13688365 | + | Us Dept of Ed/Great Lakes Educational Lo, 2401 International, Madison, WI 53704-3121 |
| 13703911 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 13688367 | + | Wells Fargo Dealer Services, PO Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 30 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13688347 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:32:16 | Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, PO Box 20507, Kansas City, MO 64195 |
| 13688350 | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13688351 | | Email/Text: megan.harper@phila.gov | Jul 30 2021 23:23:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13688345 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:32:24 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13697651 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:32:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13688348 | + | Email/Text: ecf@ccpclaw.com | | |

Case 16-11631-amc  Doc 80  Filed 08/01/21  Entered 08/02/21 00:37:17  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 30 2021 23:22:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13688352 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:22:00 | Comenity Bank/vctrssec, PO Box 182125, Columbus, OH 43218-2125 |
| 13688353 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2021 23:32:15 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13688356 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2021 23:22:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13688346 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 30 2021 23:32:14 | Chase, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 13688357 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 30 2021 23:22:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 13707888 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2021 23:22:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13767081 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2021 23:32:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13743032 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2021 23:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13688360 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:20 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 13688361 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:14 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 13688362 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:32:20 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 13688366 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 30 2021 23:22:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13688363 | | Tom Jefs Uni |
| 13688349 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 30, 2021 | Form ID: 138NEW | Total Noticed: 37 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID NEEREN | on behalf of Creditor PNC Bank  N.A. dneeren@udren.com, vbarber@udren.com |
| DAVID NEEREN | on behalf of Creditor PNC Bank  National Association dneeren@udren.com, vbarber@udren.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Betty S. Taylor ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Betty S. Taylor ecf@ccpclaw.com igotnotices@ccpclaw.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Wells Fargo Bank  N.A., dba Wells Fargo Dealer Services, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Betty S. Taylor

    Debtor(s)

Bankruptcy No: 16−11631−amc

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/30/21

79 − 78
Form 138_new